1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PETER OLNEY,                                    CASE NO. CV F 12-0992 LJO GSA

12                    Plaintiff,                     **ORDER TO DISMISS AND TO CLOSE ACTION**
13          vs.                                      (Doc. 21.)

14   HUNT & HENRIQUES,

15                    Defendant.
                                              /
16

17          Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18          1.      DISMISSES with prejudice this entire action and all claims;

19          2.      VACATES all pending dates and matters, including the September 4, 2013 pretrial

20                  conference and October 22, 2013 trial; and

21          3.      DIRECTS the clerk to close this action.

22

23          IT IS SO ORDERED.

24   **Dated:   May 20, 2013                  /s/  Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

                                                  1