# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER OLNEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>HUNT & HENRIQUES,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 12-0992 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 21.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters, including the September 4, 2013 pretrial conference and October 22, 2013 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 20, 2013**            /s/  **Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

1